DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEREMY ALTON JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1561

_____

January 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Manatee County; Frederick P. Mercurio, Judge.

Jeremy Alton Jones, pro se.


PER CURIAM.

     Affirmed.



SILBERMAN, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.